1204

MOYER, C.J., SWEENEY, HOLMES, WRIGHT, H. BROWN and RESNICK, JJ., concur.

DOUGLAS, J., dissents.

DOUGLAS, J., dissenting. The case having been decided on summary judgment and there being genuine issues of material fact, I would reverse the judgment of the court of appeals.

---

IN RE RESIGNATION OF LINK.

[Cite as *In re Resignation of Link* (1991), 62 Ohio St.3d 1204.]

(No. 91–1925—Submitted October 9, 1991—Decided October 10, 1991.)

ON MOTION TO WITHDRAW Affidavit of Resignation.

The motion of Wayne Eugene Link, Registration No. 0021473, to withdraw affidavit of resignation is granted.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

---

IN RE RESIGNATION OF MONDRUT.

[Cite as *In re Resignation of Mondrut* (1991), 62 Ohio St.3d 1204.]

(No. 91–1862—Submitted October 9, 1991—Decided October 10, 1991.)

The resignation of George Andrew Mondrut as an attorney, Registration No. 0001294, is accepted.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.